IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| KEVIN B. HARRIS, | ) | |
| | ) | |
| Plaintiff, | ) | 8:04cv192 |
| | ) | |
| vs. | ) | MEMORANDUM AND ORDER |
| | ) | |
| ALBERTSONS, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on filing no. 37, the plaintiff's request to reopen case. However, judgment has been entered in this matter; the time for appeal has expired; and the case is closed. Accordingly, no additional relief is available to any party, and no further action will be taken by this court. Filing no. 37 is denied.

SO ORDERED.

November 4, 2005.                        BY THE COURT:

                                         /s *Richard G. Kopf*
                                         United States District Judge